# NO. 12-23-00275-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *NANCI WRIGHT,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator Nanci Wright filed a petition for writ of mandamus challenging the Respondent's order that she appear for a presuit, oral deposition to enable Real Party in Interest CHSR Properties, LLC (CHSR) to investigate a potential claim against her.[1] On November 21, 2023, this Court conditionally granted the petition and directed Respondent to vacate her order of September 15, 2023, in which she granted CHSR's motion to take Wright's pretrial deposition pursuant to Texas Rule of Civil Procedure 202. By an order signed on November 27, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we *dismiss* the petition for writ of mandamus *as moot*.

Opinion delivered November 30, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Debby Gunter, Judge of the 241st District Court of Smith County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2023**

**NO. 12-23-00275-CV**

**IN RE: NANCI WRIGHT,**
Relator
v.

**HON. DEBBY GUNTER,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Nancy Wright; who is the relator in appellate cause number 12-23-00275-CV, originating from trial court cause number 23-1476-C, pending on the docket of the 241st Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on September 15, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED, and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*